## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM JAZZ MEEKINS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DOC'S GRATERFORD,** *et al.,* | : | **NO. 18-851** |
| **Defendants.** | : | |

## ORDER

AND NOW, this 9th day of April, 2018, upon consideration of Mr. Meekins's Motion to

proceed *In Forma Pauperis*, his *pro se* Complaint, his Affidavit, and his Statement, it is

ORDERED that:

    1.    Leave to proceed *in forma pauperis* is GRANTED.

    2.    Plaintiff William Jazz Meekins, #EF-3877, shall pay the full filing fee of $350 in

installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by

Mr. Meekins, an initial partial filing fee of $4.99 is assessed. The Superintendent or other

appropriate official at SCI-Graterford or at any other prison at which Mr. Meekins may be

incarcerated is directed to deduct $4.99 from Mr. Meekins's inmate trust fund account, when

such funds become available, and forward that amount to the Clerk of the United States District

Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA

19106, to be credited to Civil Action No. 18-851. In each succeeding month when the amount in

Mr. Meekins's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate

official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Mr. Meekins's inmate trust fund account until the fees are paid. Each

payment shall reference the docket number for this case, Civil Action No. 18-851.

3.     The Clerk of Court is directed to send a copy of this order to the Superintendent of SCI-Graterford.

4.     The complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

5.     Mr. Meekins's requests for summary judgment and a settlement conference are DENIED as moot.

6.     Mr. Meekins's request to use the electronic case filing system is DENIED.

7.     The Clerk of Court shall CLOSE this case.

**BY THE COURT:**


**/s/ Lawrence F. Stengel**
**LAWRENCE F. STENGEL, C.J.**